IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
**WESTERN DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff(s),<br><br>vs.<br><br>FLOYD CLIFFORD COATES, JR.,<br><br>Defendant(s). | CASE NO. 24-cr-04021-1 LTS<br><br>JUDGMENT OF AQUITTAL |

This action came to trial before Judge Leonard T. Strand and a jury. The issues having been duly tried the jury has rendered its verdict as not guilty on Count(s) 5 and 6.

**IT IS ORDERED AND ADJUDGED**

That Defendant Floyd Clifford Coates, Jr is acquitted as to Count(s) 5 and 6 of the Superseding Indictment.

Dated: 11/26/2025

Approved as to form:

_____
Judge Leonard T. Strand
United States District Court
Northern District of Iowa

PAUL DE YOUNG, Clerk of Court
United States District Court
Northern District of Iowa

By: s/ jlh
_____
Deputy Clerk